UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | WASHINGTON, SANDRA | § | Case No. 09-16889 |
|---|---|---|---|
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/21/2011 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/19/2011          By:    /s/Glenn R. Heyman
                                        Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: WASHINGTON, SANDRA § Case No. 09-16889
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $    42,500.44

*and approved disbursements of*              $    36,496.91

*leaving a balance on hand of* [1]           $     6,003.53

**Balance on hand:**                         $     6,003.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:                       $   6,003.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 3,500.04 | 0.00 | 2,802.92 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 3,880.00 | 0.00 | 3,107.21 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 116.63 | 0.00 | 93.40 |

Total to be paid for chapter 7 administration expenses:   $   6,003.53
Remaining balance:                                        $   0.00

Estate is administratively insolvent.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,192.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | All American Cash Advance Inc | 2,757.76 | 0.00 | 0.00 |
| 2 | Emergency Med. Spec | 703.00 | 0.00 | 0.00 |
| 3 | America's Financial Choice, Inc. | 731.27 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-16889-SPS
Sandra Washington                                                     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: pgordon              Page 1 of 2                  Date Rcvd: Aug 22, 2011
                               Form ID: pdf006            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2011.
```
db          +Sandra Washington,    1718 S. 3rd Street,    Maywood, IL 60153-2255
aty         +Alfredo J Garcia,    Ledford & Wu,   200 South Michigan Avenue,    Suite 209,
              Chicago, IL 60604-2406
aty         +Glenn R Heyman,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
tr          +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
13896125    +All American Cash Advance,    111 S. Lincolnway,    Suite B-1,    North Aurora, IL 60542-5118
16238418    +All American Cash Advance Inc,    Kevin R Barry,    1070 Larkin Ave,    Elgin, Il 60123-5295
13896129    +Bethany Hospital,    3435 W. Van Buren St.,    Chicago, IL 60624-3308
13896130    +Car Town,    850 N. Western Ave.,    Chicago, IL 60622-4638
13896131    +Carolina Casualty Insurance,    4600 Touchton Road,    East Building, Suite 400,
              Jacksonville, FL 32246-1537
13896133    +Cnac - Il115,    2345 W Jefferson St,    Joliet, IL 60435-6445
13896134    +Continental Finance,    PO Box 30034,   Tampa, FL 33630-3034
13896135     Cook County Hospital,    1838 W. Harrison,    Chicago, IL 60612
13896136    +Credit Solutions Corp,    9573 Chesapeake Dr Ste 1,    San Diego, CA 92123-1304
13896132    +Emergency Med. Spec,    Cda/pontiac,    Attn: Bankruptcy,    Po Box 213,    Sreator, IL 61364-0213
13896137    +Fst Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13896138     Husein A. Khraiwish,    8038 S. Austin Blvd,    Chicago, IL 60649
13896139    +Illinois Department Human Services,    100 S Grand Ave E,    Springfield, IL 62762-0002
13896140     Illinois Department Human Services,    Cash Management Unit,    PO Box 19407,
              Springfield, IL 62794-9407
13896141     JD Byrider,    c/o Robert B. Steele,    PO Box 517,    La Salle, IL 61301-0517
13896142    +Kevin R. Barry,    1070 Larkin Ave.,    Elgin, IL 60123-5297
13896143    +Marx Motors,    4357 W. North,    Chicago, IL 60639-4854
13896144    +Max Motors,    5670 S. Western,    Chicago, IL 60636-1027
13896145    +Mile Trucking Inc.,    7709 W. 99th Street,    Hickory Hills, IL 60457-2329
13896146    +Palisad Coll,    Attention: Banktruptcy Department,    Po Box 100018,    Kennesaw, GA 30156-9204
13896147    +Payday Loan Store,    526 N. Mannheim,    Bellwood, IL 60104-1866
13896148    +Peoples Gas,    130 E. Randolph Dr.,    Chicago, IL 60601-6302
13896149    +Preferred Capital Lending, Inc.,    368 W. Huron St., Ste. 200,    Chicago, IL 60654-3424
13896152    +SBC,    Law Department,    225 W. Randolph, Suite 27A,    Chicago, IL 60606-1839
13896151     SBC,    PO BOX 5012,    Saginaw, MI 48605
13896153    +Secretary of State,    2701 S. Dirksen Pkwy.,    Springfield, IL 62723-0002
13896154    +St. Mary’s Hospital,    500 W. Court,    Kankakee, IL 60901-3691
13896155    +St. Mary’s Hospital,    1800 E. Lake Shore Drive,    Decatur, IL 62521-3883
13896156     Tribute Mastercard,    PO Box 790215,    Saint Louis, MO 63179
13896157    +United Billing Service,    PO Box 3099,    Oak Brook, IL 60522-3099
13896158    +United Collection Bureau,    P.O.Box 140190,    Toledo, OH 43614-0190
13896159    +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Ste. 206,    Toledo, OH 43614-1501
13896161    +Van Ru Crdt,    10024 Skokie Blvd,    Skokie, IL 60077-9944
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13896126    +E-mail/Text: jasonm@afchoice.com Aug 23 2011 01:47:39     America’s Fi,    2 W. Madison St.,
              Oak Park, IL 60302-4204
13896127    +E-mail/Text: jasonm@afchoice.com Aug 23 2011 01:47:39     America’s Finacial Choice, Inc.,
              2 W. Madison St.,    Oak Park, IL 60302-4204
13896128    +E-mail/Text: jkeller@armpros.com Aug 23 2011 01:47:36     Arm Professional Servi,
              5250 Grand Avennue Ste 1,    Gurnee, IL 60031-1877
13896150    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 23 2011 01:59:58      Sallie Mae,    Attn: Claims Dept,
              Po Box 9500,    Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 4
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Crane, Heyman, Simon, Welch & Clar
13896160*   +United Collection Bureau, Inc.,    PO Box 140190,    Toledo, OH 43614-0190
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: pgordon              Page 2 of 2              Date Rcvd: Aug 22, 2011
                              Form ID: pdf006            Total Noticed: 41

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2011**           **Signature:**        _/s/ Joseph Speetjens_