# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WASHINGTON, SANDRA                § Case No. 09-16889
                                         §
                                         §
Debtor(s)                                §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $2,465.00 *(without deducting any secured claims)* | Assets Exempt:  $18,540.00 |
| Total Distribution to Claimants: $6,722.03 | Claims Discharged Without Payment:  $4,192.03 |
| Total Expenses of Administration: $20,778.41 | |

3) Total gross receipts of $    42,500.44    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    15,000.00    (see **Exhibit 2**), yielded net receipts of $27,500.44 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $6,722.03 | $6,722.03 | $6,722.03 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,271.55 | 22,271.55 | 20,778.41 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,192.03 | 4,192.03 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $33,185.61 | $33,185.61 | $27,500.44 |

    4) This case was originally filed under Chapter 7 on May 08, 2009. The case was pending for 30 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2011           By: /s/GLENN R. HEYMAN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential PI Lawsuit against Carolina Casualty | 1129-000 | 42,500.00 |
| Interest Income | 1270-000 | 0.44 |
| **TOTAL GROSS RECEIPTS** | | **$42,500.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sandra Washington | Personal Injury Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Affiliated Health Care Associates | 4210-000 | N/A | 5,290.00 | 5,290.00 | 5,290.00 |
| | Preferred Capital Lending, Inc. | 4210-000 | N/A | 1,432.03 | 1,432.03 | 1,432.03 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$6,722.03** | **$6,722.03** | **$6,722.03** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 3,500.04 | 3,500.04 | 2,802.92 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 3,880.00 | 3,880.00 | 3,107.21 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 116.63 | 116.63 | 93.40 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Clifford Law Offices | 3210-600 | N/A | 14,166.67 | 14,166.67 | 14,166.67 |
| Clifford Law Offices | 3220-610 | N/A | 589.80 | 589.80 | 589.80 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.90 | 6.90 | 6.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 11.51 | 11.51 | 11.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 22,271.55 | 22,271.55 | 20,778.41 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | All American Cash Advance Inc | 7100-000 | N/A | 2,757.76 | 2,757.76 | 0.00 |
| 2 | Emergency Med. Spec | 7100-000 | N/A | 703.00 | 703.00 | 0.00 |
| 3 | America's Financial Choice, Inc. | 7100-000 | N/A | 731.27 | 731.27 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 4,192.03 | 4,192.03 | 0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-16889  
**Case Name:** WASHINGTON, SANDRA  

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 05/08/09 (f)  
**§341(a) Meeting Date:** 06/22/09  

**Period Ending:** 11/11/11  
**Claims Bar Date:** 12/21/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Cash on Hand | 40.00 | 0.00 | DA | 0.00 | FA |
| 2 | Household Bank Checking Account | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | 1 Television | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Books & Pictures | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Necessary Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Four Gold Rings | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Potential PI Lawsuit against Carolina Casualty | Unknown | Unknown | | 42,500.00 | FA |
| 8 | Pending Equal Opportunity Claim against Employer | Unknown | Unknown | DA | 0.00 | FA |
| 9 | 1996 Pontiac Grand Am w/over 160k miles | 1,325.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.44 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$2,465.00** | **$0.00** | | **$42,500.44** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/2010: PI case settled. Rec'd check and disbursed fees to special counsel and certain creditors. Will close case.

**Initial Projected Date Of Final Report (TFR):** February 28, 2011    **Current Projected Date Of Final Report (TFR):** August 9, 2011 (Actual)

Printed: 11/11/2011 03:43 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-16889  
**Case Name:** WASHINGTON, SANDRA  

**Taxpayer ID #:** **-***0465  
**Period Ending:** 11/11/11  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/10 | {7} | Carolina Casualty Insurance Company | Personal injury settlement | 1129-000 | 42,500.00 | | 42,500.00 |
| 11/18/10 | | To Account #9200******4466 | Transfer to checking account | 9999-000 | | 36,500.00 | 6,000.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 6,000.07 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.12 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.17 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.21 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.26 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.30 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.35 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.39 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.44 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 11.51 | 5,988.93 |
| 08/04/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 5,988.93 |
| 08/04/11 | | To Account #9200******4466 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 5,988.93 | 0.00 |
| | | | ACCOUNT TOTALS | | 42,500.44 | 42,500.44 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 42,488.93 | |
| | | | **Subtotal** | | 42,500.44 | 11.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42,500.44** | **$11.51** | |

{} Asset reference(s)

Printed: 11/11/2011 03:43 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-16889  
**Case Name:** WASHINGTON, SANDRA  

**Taxpayer ID #:** **-***0465  
**Period Ending:** 11/11/11  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/18/10 | | From Account #9200******4465 | Transfer to checking account | 9999-000 | 36,500.00 | | 36,500.00 |
| 11/18/10 | 101 | Clifford Law Offices | Payment of Special Counsel Fees | 3210-600 | | 14,166.67 | 22,333.33 |
| 11/18/10 | 102 | Clifford Law Offices | Payment of Special Counsel Expenses | 3220-610 | | 589.80 | 21,743.53 |
| 11/18/10 | 103 | Affiliated Health Care Associates | Payment of Physician's Lien for Sandra Washington | 4210-000 | | 5,290.00 | 16,453.53 |
| 11/18/10 | 104 | Preferred Capital Lending, Inc. | Payment of Lien Claim Loan#1999909A | 4210-000 | | 1,432.03 | 15,021.50 |
| 11/18/10 | 105 | Sandra Washington | Personal Injury Exemption | 8100-002 | | 15,000.00 | 21.50 |
| 02/28/11 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-16889  Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 6.90 | 14.60 |
| 08/04/11 | | From Account #9200******4465 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 5,988.93 | | 6,003.53 |
| 09/21/11 | 107 | GLENN R. HEYMAN | Dividend paid 80.08% on $3,500.04, Trustee Compensation; Reference: | 2100-000 | | 2,802.92 | 3,200.61 |
| 09/21/11 | 108 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 80.08% on $3,880.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,107.21 | 93.40 |
| 09/21/11 | 109 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 80.08% on $116.63, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 93.40 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 42,488.93 | 42,488.93 | $0.00 |
| | | | Less: Bank Transfers | | 42,488.93 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 42,488.93 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$27,488.93** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******44-65** | 42,500.44 | 11.51 | 0.00 |
| **Checking # 9200-******44-66** | 0.00 | 27,488.93 | 0.00 |
| | $42,500.44 | $27,500.44 | $0.00 |

{} Asset reference(s)  !-Not printed or not transmitted  Printed: 11/11/2011 03:43 PM  V.12.57